v.

**The STATE of Texas, Appellee.**

No. 28171.

Court of Criminal Appeals of Texas.

March 21, 1956.

**Vernon McCONICO, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28173.

Court of Criminal Appeals of Texas.

March 21, 1956.

70

———◆———

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving a motor vehicle upon a public highway while operator's license was suspended; the punishment, a fine of $25.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.